MARY ELIZABETH KAREL, APPELLANT, V. STANLEY JOSEPH KAREL, APPELLEE.
466 N.W.2d 511
Filed March 8, 1991. No. 88-1047.

Michael D. Stevens and Alice L. Rokahr, of Blackburn & Stevens, for appellant.

James G. Egley, of Moyer, Moyer, Egley, Fullner & Warnemunde, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.
Having considered the briefs and the recommendation of the Appellate Division of the District Court and upon a de novo review of the record, we find that the trial court abused its discretion in ordering child support payments to commence on October 1, 1988. Accordingly, the judgment is modified to provide for said payments to begin on June 1, 1988, and the judgment, as so modified, is affirmed.

AFFIRMED AS MODIFIED.